1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

ONEWEST BANK,FSB                                    No. C 10-04940 MEJ

                  Plaintiff,                 **ORDER TO SHOW CAUSE**

    v.

JOSELITO C FABIONAR

               Defendant.

_____/

      Pending before the Court is Plaintiff's motion to remand, with a noticed hearing date of December 16, 2010.  (Dkt. #4.)  In its motion, Plaintiff argues that the Court lacks subject matter jurisdiction to hear this case because it sets forth a single state law claim for unlawful detainer, and the demand is less than $10,000.  Based on Plaintiff's motion, it appears that the Court lacks jurisdiction to hear this case and it should be remanded back to the superior court.  Accordingly, the Court hereby ORDERS Defendant Joselito Fabionar to show cause why this case should not be remanded to the superior court.  Specifically, Defendant must show how this Court has jurisdiction over Plaintiff's claim.  Defendant shall file his declaration by November 30, 2010, and the Court shall conduct a hearing on December 2, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

      **IT IS SO ORDERED.**

Dated: November 12, 2010

                                _____
                                 Maria-Elena James
                                 Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ONEWEST BANK,FSB

        Plaintiff,

   v.

JOSELITO C FABIONAR

        Defendant.

_____/

Case Number: 10-04940 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joselito Fabionar
27624 Baldwin Street
Hayward, CA 94544

Dated: November 12, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk