# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| ONEWEST BANK, FSB | No. C 10-04940 MEJ |
| Plaintiff, | **ORDER REQUESTING SUPPLEMENTAL BRIEFING** |
| v. | |
| JOSELITO C FABIONAR | |
| Defendant. | |

Pending before the Court is Plaintiff's motion to remand. Although Defendants did not timely file an opposition to Plaintiff's motion, the Court is now in receipt of an opposition. Accordingly, the Court ORDERS Plaintiff to file a reply by December 9, 2010. No further briefing shall be permitted. Upon receipt of Plaintiff's reply, the Court shall issue an order, unless it determines that a further hearing is necessary.

**IT IS SO ORDERED.**

Dated: December 2, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ONEWEST BANK,FSB

        Plaintiff,

  v.

JOSELITO C FABIONAR

        Defendant.

Case Number: 10-04940 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joselito Fabionar
27624 Baldwin Street
Hayward, CA 94544

Dated: December 2, 2010

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk

2